IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WARRIOR ENERGY SERVICES CORPORATION, LLC** and **SUPERIOR ENERGY SERVICES-NORTH AMERICA SERVICES, INC.** § § § § | § § § § § § § § § § | Civil Action No. 4:24-cv-3036 |
| Plaintiffs, | § | Judge Alfred H Bennett |
| vs. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **SANARE ENERGY PARTNERS LLC.** Defendant. | § § § | |

## NOTICE OF SETTLEMENT

Plaintiffs Warrior Energy Services Corporation, LLC and Superior Energy Services-North America Services, Inc. ("Warrior-Superior"), by and through their undersigned counsel of record, hereby files this Notice of Settlement, advising the Court that the parties have reached an agreement to resolve all claims in this matter and are currently working to complete the settlement terms. Specifically, on October 31, 2024, counsel for Defendant, Sanare Energy Partners, LLC ("Sanare") informed Warrior-Superior's counsel that Sanare had agreed to the terms of a settlement.

The parties anticipate that the full terms of the settlement agreement will be completed within thirty (30) days of the date of this Notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted.

WHEREFORE, the parties respectfully request that the Court stay all deadlines in this Action, continue all hearings, including the initial pretrial and scheduling conference currently set before Magistrate Judge Peter Bray for November 1, 2024, and allow the parties thirty (30) days to file a Stipulation of Dismissal.

DATED: October 31, 2024.

1

Respectfully submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ James A. Collura, Jr.*
James A. Collura, Jr.
State Bar No. 24044502
jcollura@bradley.com
Zachary D. Sarver
State Bar No. 24133049
zsarver@bradley.com
600 Travis St., Suite 5600
Houston, Texas 77002
Telephone: 713-576-0300
Facsimile: 713-576-0301

**ATTORNEYS FOR PLAINTIFFS WARRIOR ENERGY SERVICES CORPORATION, LLC AND SUPERIOR ENERGY SERVICES-NORTH AMERICA SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, a true and exact copy of the foregoing was served via the Court's electronic case filing system upon all counsel of record.

*/s/ James A. Collura, Jr.*
James A. Collura, Jr.

2